UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| ROY A. JEFFERSON, JR. AND JEANIE N. JEFFERSON | CASE NO. 2:23-cv-03737-SSV-KWR |
|---|---|
| VS. | JUDGE SARAH S. VANCE |
| GEOVERA SPECIALTY INSURANCE COMPANY | MAGISTRATE JUDGE KAREN WELLS ROBY |

## ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, the Court was presented with the Agreed Joint Motion to Dismiss with Prejudice. The Court, after being informed by Plaintiffs Roy A. Jefferson, Jr., and Jeanie N. Jefferson and Defendant GeoVera Specialty Insurance Company that the parties have reached an amicable settlement, finds the stipulation should be **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED,** that the above-styled and numbered cause and any and all causes of action asserted herein are hereby **DISMISSED WITH PREJUDICE** and that each party shall bear their own costs of the Court.

SIGNED THIS __24th__ OF SEPTEMBER 2024.

*Sarah Vance*
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE